UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| AMINAH GLENN, et al., )<br>)<br>)<br>    Plaintiffs )<br>) <br>    v. )<br>)<br>BANK OF AMERICA, N.A., et. al., )<br>)<br>)<br>    Defendants . ) | No. 4:13-CV-0858-AGF |

## ORDER

The above styled and numbered case was filed on May 6, 2013 and randomly assigned to the Honorable Audrey G. Fleissig, United States District Judge.

After a review of the case, the Clerk's Office determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:13-CV-00074 LMB.  The Honorable United States Magistrate Judge Lewis M. Blanton will preside.

Case No.: 4:13-CV-858 AGF is hereby administratively closed.

Date: <u>May 8, 2013</u>               **JAMES G. WOODWARD**
                                   **Clerk of Court**

                                   **By: /s/ Michele Crayton**
                                   **Deputy In Charge**

**In all future filings please use the following case number: 1:13-CV-00074 LMB**