UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| AMINAH GLENN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | No. 4:13-CV-0858-AGF |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., et. al., | ) | |
| | ) | |
| Defendants . | ) | |

## ORDER

The above styled and numbered case was filed on May 6, 2013 and randomly assigned to the Honorable Audrey G. Fleissig, United States District Judge.

After a review of the case, the Clerk's Office determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:13-CV-00074 LMB. The Honorable United States Magistrate Judge Lewis M. Blanton will preside.

Case No.: 4:13-CV-858 AGF is hereby administratively closed.

Date: <u>May 8, 2013</u>　　　　　　　　　　**JAMES G. WOODWARD**
　　　　　　　　　　　　　　　　　　　　 **Clerk of Court**

　　　　　　　　　　　　　　　　　　　By: **/s/ Michele Crayton**
　　　　　　　　　　　　　　　　　　　　 **Deputy In Charge**

**In all future filings please use the following case number: 1:13-CV-00074 LMB**